■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MADDOX, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lakritz, J.), rendered January 30, 1989, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.